**Electronically Filed
Supreme Court
SCWC-19-0000590
17-MAR-2022
08:15 AM
Dkt. 5 ODAC**

SCWC-19-0000590

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

v.

JUSTIN IKEDA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000590; CASE NO. 1DTC-18-508652)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Justin Ikeda's

Application for Writ of Certiorari filed on February 9, 2022, is

hereby rejected.

DATED:  Honolulu, Hawai'i, March 17, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

